*Original document is paper filed in Clerk's Office in C.A. 05-575.*

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE INTEL CORP MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 1717 |

### NOTICE OF TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("Rules"), counsel for plaintiffs Jodi Salpeter, Jay Salpeter, Cheryl Glick-Salpeter, Gabriella Herroeder-Perras, and Michael H. Roach hereby notify the Clerk of the Panel of Multidistrict Litigation ("Panel") of three potential tag-along actions as contemplated by Rule 1.1. The actions are captioned as follows:

1. *Jodi Salpeter, Jay Salpeter and Cheryl Glick-Salpeter, on behalf of themselves and all others similarly situated v. Intel Corp.* Case No. 1:05-cv-00575, filed August 8, 2005 in the United States District Court for the District of Delaware, and assigned to the Hon. Joseph J. Farnan, Jr.

2. *Gabriella Herroeder-Perras, on behalf of herself and all others similarly situated v. Intel Corp.*, Case No. 1:05-cv-00616, filed August 22, 2005 in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of August 24, 2005.

58205.1