IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIELLA HERROEDER-PERRAS, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation<br><br>    Defendant. | C.A. No. 05-616 |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| PRICKETT, JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ David W. Gregory*<br>    James L. Holzman (#663)<br>    David W. Gregory (#4408)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE 19899<br>    Telephone: (302) 888-6500<br>    Facsimile: (302) 658-8111<br>    jlholzman@prickett.com<br>    dwgregory@prickett.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    Phone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| ROSS, DIXON & BELL LLP<br>Roy M. Bell<br>Jason S. Hartley<br>550 West B Street<br>Suite 400<br>San Diego, CA 92101<br>Telephone: (619) 235-4040<br><br>Attorneys for Plaintiff<br>GABRIELLA HERROEDER-PERRAS | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

SO ORDERED this ____ day of _____, 2005.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

697539